```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA ORLIW                        :        CIVIL ACTION
                                   :
          v.                       :
                                   :
BOROUGH OF WEST CONSHOHOCKEN,      :        NO. 23-3952
et al.                             :
```

<u>ORDER</u>

AND NOW, this 23rd day of July 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Borough of West Conshohocken and West Conshohocken Police Department for summary judgment (Doc. # 19) is GRANTED.

                                            BY THE COURT:

                                            /s/   Harvey Bartle III
                                                                      J.